NUMBER 13-09-00547-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MARIA IMELDA SANCHEZ, Appellant,


v.



JORGE SANCHEZ, Appellee. 

_____________________________________________________________


On appeal from the 444th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Maria Imelda Sanchez, perfected an appeal from a judgment rendered
against her in favor of appellee, Jorge Sanchez. On December 17, 2009, the Clerk of this
Court notified appellant that the clerk's record in the above cause was originally due on
December 9, 2009, and that the deputy district clerk, Monica Uribe, had notified this Court
that appellant failed to make arrangements for payment of the clerk's record. The Clerk
of this Court notified appellant of this defect so that steps could be taken to correct the
defect, if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this notice,
the appeal would be dismissed for want of prosecution. 

 Appellant has failed to respond to this Court's notice. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b), (c). 

 PER CURIAM

Delivered and filed the 11th 

day of February, 2010.